[No. 9484–3–II.  Division Two.  June 30, 1986.]

*In the Matter of* LISA MARIE KRAFT.

HANS M. BLOCK, ET AL, *Appellants,* v. NEVADA DEPARTMENT OF HUMAN RESOURCES, WELFARE DIVISION, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–3–01935–8, Robert L. Harris, J., entered January 21, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 7688–8–II.  Division Two.  July 1, 1986.]

ANTHONY J. MUMA, *Appellant,* v. THE CITY OF MONTESANO, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–2–00818–9, John H. Kirkwood, J., entered March 12, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.

[Nos. 7292–4–III; 7385–8–III.  Division Three.  July 1, 1986.]

LAMPSON UNIVERSAL RIGGING, INC., *Respondent,* v. WASHINGTON PUBLIC POWER SUPPLY SYSTEM, *Appellant.*

Appeals from a judgment of the Superior Court for Benton County, No. 83–2–00170–3, Albert J. Yencopal, J., entered September 4, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.